# THE WEITZ LAW FIRM, P.A.
**MEMORANDUM ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2023

January 4, 2023

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

      Re:    Norris v. Eat Rite Inc., d/b/a The Wild Son, et al.
             Case 1:22-cv-07554-GHW

Dear Judge Woods:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 10, 2023, at 4:00 p.m., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11].  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                            Sincerely,

                            By: /S/   B. Bradley Weitz
                                 B. Bradley Weitz, Esq. (BW9365)
                                 THE WEITZ LAW FIRM, P.A.
                                 Attorney for Plaintiff
                                 Bank of America Building
                                 18305 Biscayne Blvd., Suite 214
                                 Aventura, Florida 33160
                                 Telephone: (305) 949-7777
                                 Facsimile:  (305) 704-3877
                                 Email: bbw@weitzfirm.com

Plaintiff's January 4, 2023 request to adjourn the initial pretrial conference, Dkt. No. 3, is granted.  The initial pretrial conference scheduled for January 10, 2023 is adjourned to February 16, 2023 at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's September 6, 2022 order are due no later than February 9, 2023.
The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: January 5, 2023
New York, New York

                                            GREGORY H. WOODS
                                           United States District Judge